UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BRIAN M. CASEY,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　Case No.  4:25-cv-131-MCR-MJF

**RICKY DIXON,**

    **Defendant.**

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on March 28, 2025, ECF No. 6. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). The Court has made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation and all objections thereto timely filed, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation, ECF No. 6, is adopted and incorporated by reference into this Order.

2. This civil action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), for maliciousness and abuse of the judicial process.

3. Plaintiff's Motion to Amend (ECF No. 9) Complaint is **DENIED**.

4. The clerk of court will enter judgment accordingly and close this case file.

**DONE AND ORDERED** this 28th day of April 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**